WILLIAM C. PARROTT *v*. CHARLES T. MEACHAM

The motion by the plaintiff for an extension of time to file his brief and appendix in the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Thomas D. Clifford,* in support of the motion.

*Francis A. Smith, Jr.,* in opposition.

Submitted April 29—decided May 11, 1971

STATE OF CONNECTICUT *v*. RICHARD A. KRAUSE

The motion by the defendant for permission to file unprinted briefs in the appeal from the Superior Court in Middlesex County is denied.

*Zbigniew S. Rozbicki,* in support of the motion.

Submitted May 18—decided May 18, 1971

CHESHIRE COMMERCIAL CORPORATION *v*. PHILIP MESSIER ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Neil F. Murphy,* in support of the petition.

*Alvin M. Murray,* in opposition.

Submitted May 24—decided June 2, 1971

UNITED AIRCRAFT CORPORATION *v*. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL.

The motion by the defendants for a stay of execution of the judgment in the appeal from the Superior Court in Hartford County is granted.

*Norman Zolot,* in support of the motion.